UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————

ALEX MARKINO OLDACRE,

                  Petitioner,

      - against -

PAUL ARETEA, ET AL.,

                Respondents.
———————————————————————

26-cv-2672 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a conference in connection with the petitioner's petition for a writ of habeas corpus on **Wednesday, April 1, 2026,** at **3:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    **New York, New York**
         **April 1, 2025**

                              John G. Koeltl
                     United States District Judge