LAW OFFICES

**MERCURY LAW PLLC**
43 WEST 43ʳᵈ ST. / SUITE 92
NEW YORK, NEW YORK 10036
347/428-9594(O)  347/352-8727(F)

April 13, 2026

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**

_d/13/26._ _/s/ John G. Koeltl_
John G. Koeltl, U.S.D.J.

Re: Oldacre v. Arteta, et al., No. 26-cv-2672 (JGK)
Petitioner's Unopposed Letter-Motion for Extension of Time

Dear Judge Koeltl:

I write as newly retained counsel for the petitioner, Alex Oldacre, to respectfully request a brief extension of time to file a reply to Respondents' memorandum of law in opposition to the petition for a writ of habeas corpus. As I have only recently appeared in this matter, an extension is necessary for me to adequately review the government's papers and to prepare a reply on Mr. Oldacre's behalf. I respectfully request that the deadline be extended to April 22, 2026.

Pursuant to Your Honor's Individual Practices, Rule I.C, I confirm the following:

1. The original deadline for the reply is April 14, 2026.
2. This is the first request for an extension of this deadline.
3. No previous requests have been made or ruled upon.
4. Respondents, through Assistant United States Attorney Leslie A. Ramirez-Fisher, have indicated their consent to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

MERCURY LAW PLLC

By: /s/ Nicholas Rogers
Nicholas Rogers
43 W 43rd St., STE 92
New York, NY 10036
Tel. (347) 428-0898

cc: Leslie A. Ramirez-Fisher, Assistant United States Attorney (via ECF)