LAW OFFICES

**MERCURY LAW PLLC**
43 WEST 43ᴿᴰ ST. / SUITE 92
NEW YORK, NEW YORK 10036
347/428-9594(O)  347/352-8727(F)

April 20, 2026

**BY ECF**
The Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED**
**SO ORDERED**

4/21/26 _____
John G. Koeltl, U.S.D.J.

Re: Oldacre v. Arteta, et al., No. 26-cv-2672 (JGK) – Petitioner's Unopposed Letter-Motion for Increased Word Count on Reply to Government's Memorandum of Law

Dear Judge Koeltl:

This firm represents Petitioner Alex Markino Oldacre in the above-referenced habeas corpus proceeding and respectfully submit this letter-motion pursuant to Rule III.D of Your Honor's Individual Practices. With the consent of the Government, Petitioner seeks leave to file a reply memorandum of law of up to 8,000 words in support of his petition, in excess of Your Honor's 2,800-word limit on such filings.

This request is prompted by two circumstances that warrant more extensive briefing than is typical for a reply. First, pro bono counsel was only retained subsequent to the filing of the initial *pro se* petition. This reply therefore presents our first opportunity to frame the legal arguments and provide the Court with a comprehensive analysis of Petitioner's claims.

Second, the Government's memorandum of law places critical reliance on the Laken Riley Act. This is the first time Petitioner has had notice that the Government is relying on this statute. The Government's arguments raise complex and novel issues of statutory construction and substantial constitutional challenges under the Due Process Clause. Given the limited precedent interpreting this Act, a thorough treatment of these issues is necessary to fully assist the Court but cannot be accomplished within the standard word limit.

I have confirmed with Assistant United States Attorney Leslie Ramirez-Fisher that the Government will consent to our request for an 8,000-word limit. Further, Petitioner will not oppose the filing a sur-reply of a corresponding length by the Government should they seek to do so after reviewing our submission.

For the foregoing reasons, and to allow Petitioner to file a complete and timely reply brief by the Court-ordered deadline of April 22, 2026, Petitioner respectfully requests that the Court grant this motion and permit the filing of a reply memorandum of law not to exceed 8,000 words.

Thank you for your consideration of this matter.

Respectfully submitted,

MERCURY LAW PLLC

By: /s/ Nicholas Rogers
Nicholas Rogers
43 W 43rd St., STE 92
New York, New York 10036
Tel. (347) 428-0898

cc:    Leslie A. Ramirez-Fisher, Assistant United States Attorney (via ECF)
Ruth Liebesman, Co-counsel to Petitioner (via ECF)