UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────────

ALEX MARKINO OLDACRE,

                    PETITIONER,                26-cv-2672 (JGK)

        - against -                            ORDER

PAUL ARETEA, ET AL.,

                    RESPONDENTS.
─────────────────────────────────────────

JOHN G. KOELTL, District Judge:

    The Government should submit a sur-reply brief by **April 30,**

**2026.**


SO ORDERED.
Dated:    New York, New York
          April 23, 2026

                                        _____
                                              John G. Koeltl
                                        United States District Judge