

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 28, 2026

VIA ECF
Hon. John G. Koeltl
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: ***Oldacre v. Arteta, et al.,* No. 26 Civ. 2672 (JGK)**

Dear Judge Koeltl:

This Office represents the Respondents (the "Government) in the above-referenced immigration habeas corpus action, brought by Alex Markino Oldacre, a non-citizen who is challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). With the consent of Petitioner, I write respectfully to request a two-business-day extension of time, from April 30, 2026, until May 4, 2026, to file the government's sur-reply, which the Court has permitted by Order dated April 23, 2026. ECF No. 21. In addition, I respectfully request an enlargement of word limit set forth in Your Honor's Individual Rule III(D), from 2,800 words to 7,000 words to address the issues raised in Petitioner's reply memorandum of law in support of the Petition, in which Petitioner raises challenges to his detention under the Laken Riley Act. *See* ECF No. 17.

The reason for this request is that due to my extremely busy docket, including a filing deadline Friday of last week, I was only able to turn to this case this week. As a result, I am still in the process of preparing the government's sur-reply, and I do not anticipate that I will be able to complete the government's papers by the current deadline of April 30, 2026.

This is the Government's first request for an extension in this case. I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    */s/ Leslie A. Ramirez-Fisher*
LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-0378
E-mail: leslie.ramirez-fisher@usdoj.gov
*Attorney for Defendants*

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

4/28/26

cc: Counsel of record (via ECF)