UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ALEX MARKINO OLDACRE,

                        Petitioner,

        - against -

PAUL ARTETA, ET AL.,

                        Respondents.
_____

                                        26-cv-2672 (JGK)

                                        ORDER

JOHN G. KOELTL, District Judge:

        The parties are directed to appear for oral argument on

Mr. Oldacre's petition for a writ of habeas corpus on **Thursday,**

**May 14, 2026, at 3:00 p.m.,** in Courtroom 14A, 500 Pearl Street,

New York, New York, 10007.

SO ORDERED.
Dated:    New York, New York
          May 6, 2026

                                        _____
                                             John G. Koeltl
                                        United States District Judge