UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX MARKINO OLDACRE, | |
| Petitioner, | |
| -against- | |
| PAUL ARTETA, ET AL., | |
| Respondents. | |

26 CIVIL 2672 (JGK)

## **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons

stated in the Court's Memorandum Opinion and Order dated May 19, 2026, the Court has

considered all of the parties' arguments. To the extent not addressed specifically, those arguments

are either moot or without merit. For the foregoing reasons, the petition is denied without

prejudice.

**Dated:**   New York, New York
May 20, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**