UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEX MARKINO OLDACRE,

                    Petitioner,

        - against -

PAUL ARTETA, ET AL.,

                    Respondents.

26-cv-2672 (JGK)

Order

---

**John G. Koeltl, District Judge:**

The Government shall respond to the petitioner's motion to alter the judgment, ECF No. 28, by **June 10, 2026, at 5:00 p.m**. The petitioner shall file any reply by **June 12, 2026, at 5:00 p.m.**

**SO ORDERED.**

Dated:     New York, New York
            June 5, 2026

                                    John G. Koeltl
                          United States District Judge